Elmer Stevens WHITING, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 12242.

United States Court of Appeals
Sixth Circuit.

June 15, 1955.

John Wills, Cincinnati, Ohio (Appointed by the Court) for appellant.

Sumner Canary, Cleveland, Ohio, for appellee.

Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause having come on to be heard on an appeal from the district court denying appellant's motion to annul, vacate, and set aside sentence, including appellant's amendment made thereto after the filing of the principal motion, and it appearing that a writ of habeas corpus ad testificandum was issued by the district court, pursuant to which, appellant appeared and testified in open court upon the hearing of his motion, and it further appearing that the district court considered, in a comprehensive opinion, the contentions, testimony, and evidence of appellant and the applicable statutes and adjudications upon a review of the entire record, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the order of the district court denying appellant's motion be and is hereby affirmed for the reasons set forth in the opinion of Judge McNamee.

Howard HILDEBRANDT, Defendants, Appellants,

v.

UNITED STATES of America,
Appellee.

No. 5001.

United States Court of Appeals
First Circuit.

July 8, 1955.

Howard Hildebrandt, pro se.

Jacob S. Temkin, U. S. Atty., for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

Upon consideration of appellee's motion to dismiss or affirm under our Rule 26(3) and memorandum in support thereof, and of appellant's reply memorandum in opposition thereto, and further upon consideration of appellant's brief on the merits and of the record on appeal consisting of the original papers, and it appearing that no substantial question is presented by this appeal,

It is ordered that the orders appealed from be and the same hereby are affirmed.